154 A.3d 698

PHIBRO ANIMAL HEALTH CORPORATION, PLAINTIFF-RE-SPONDENT, v. NATIONAL UNION FIRE INSURANCE COM-PANY OF PITTSBURGH, PA, DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005589-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 698

F.V., JR., PLAINTIFF, v. K.S.Q., DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002135-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.